IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| STAGE STORES, INC., ) | |
| ) | Case No. 20-32564 (DRJ) |
| Debtor. ) | |
| Tax I.D. No. 91-1826900 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SPECIALTY RETAILERS, INC., ) | Case No. 20-32565 (DRJ) |
| Debtor. ) | |
| Tax I.D. No. 74-0821900 ) | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(B) AND
REQUEST FOR NOTICE PURSUANT TO BANKRPUTCY RULES 2002 & 9007**

COMES NOW, Ross A. Plourde, of McAfee & Taft A Professional Corporation, and hereby enters his appearance on behalf of the firm, McAfee & Taft A Professional Corporation ("McAfee & Taft"), Creditor, in the above-referenced proceeding and, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon its attorney of record as follows:

Ross A. Plourde
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
ross.plourde@mcafeetaft.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002, and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court, in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek the captioned proceeding.

Respectfully submitted,

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA # 7193
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439
ross.plourde@mcafeetaft.com

**CERTIFICATE OF MAILING**

I hereby certify that on this 11th day of May, 2020, a true and correct copy of the Notice was served upon those parties registered to receive electronic notices via the Court's CM/EFC electronic noticing system.

*/s/ Ross A. Plourde*
Ross A. Plourde