IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Stage Stores, Inc., *et al*,[1] | § | Case No. 20-32564 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND PAPERS

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for Brookfield Property REIT, Inc. ("***Brookfield***"), a party-of-interest and creditor in the above-styled bankruptcy cases, and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for Brookfield at the following street addresses, e-mail addresses, or facsimile numbers:

| Michael P. Cooley | Ivan M. Gold |
|---|---|
| **Reed Smith LLP** | **Allen Matkins Leck Gamble Mallory & Natsis LLP** |
| 2850 N. Harwood, Suite 1500 | 3 Embarcadero Center, 12th Floor |
| Dallas, Texas 75201 | San Francisco, CA 94111-4074 |
| T: 469.680.4200 | T (415) 837-1515 |
| F: 469.680.4299 | |
| mpcooley@reedsmith.com | igold@allenmatkins.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax ID number, are: Stage Stores, Inc. (6900) and Specialty Retailers, Inc. (1900). The Debtors' service address is: 2425 West Loop South, Houston, Texas 77027.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Brookfield's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Brookfield is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[This space left intentionally blank.]*

Dated:  May 15, 2020

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Michael P. Cooley*
Michael P. Cooley (SBN 24034388)
REED SMITH LLP
2501 N. Harwood, Suite 1700
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
mpcooley@reedsmith.com

*and*

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

Ivan M. Gold
ALLEN MATKINS
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
T (415) 837-1515
igold@allenmatkins.com
(*pro hac vice* admission requested)

***Counsel for Brookfield Property REIT, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing (ECF) system for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive electronic notices in this case.

*/s/ Michael P. Cooley*
Michael P. Cooley
