

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/07/2020

| | | |
|---|---|---|
| In re: | § | |
| STAGE STORES, INC., | § | |
| | § | |
| | § | |
| Debtor, | § | |
| | § | |
| | § | CIVIL ACTION NO. H-20-3091 |
| | § | |
| GALLERIA 2425 OWNER, LLC, | § | |
| | § | |
| Appellant. | § | |

## ORDER OF DISMISSAL

Based on Galleria 2425's notice of nonsuit, Docket Entry No. 2, this action is dismissed.

SIGNED on October 7, 2020, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge