

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/16/2020

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STAGE STORES, INC., *et al.*,[1] | ) ) | Case No. 20-32564 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

### ORDER APPROVING JACKSON WALKER LLP'S FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 10, 2020 THROUGH AUGUST 14, 2020

(Relates to Docket No. 931)

CAME ON FOR CONSIDERATION, the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period May 10, 2020 Through August 14, 2020* (the "Application")[2] filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final compensation for attorneys' fees in the amount of $182,655.50 incurred from May 10, 2020 through August 14, 2020; it is further

ORDERED, that JW is hereby allowed final reimbursement of interim expenses in the amount of $2,090.65; it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Stage Stores, Inc. (6900) and Specialty Retailers, Inc. (1900). The Debtors' service address is: 2425 West Loop South, Houston, Texas 77027.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

27178458v.2 151008/00033

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $182,655.50 |
| Total Expenses Requested: | $2,090.65 |
| **Total Requested in this Application:** | **$184,746.15** |
| Amount Paid for Monthly Fee Statements: | ($141,025.35) |
| **Total Fees and Expenses Due:** | **$43,720.80** |

Signed:  December 16, 2020.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**