**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION**

In Re:                                                                                                  Chapter 11

STAGE STORES, INC.
                                                                                                        Case No. 20-32564
Debtor

## WITHDRAWAL OF CLAIM 4 and 21 FILED BY BRAZOS COUNTY, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Brazos, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws this claim as it has been satisfied.

Date:  October 4, 2021

                                        Respectfully submitted,

                                        **McCREARY, VESELKA, BRAGG
                                        & ALLEN, P.C.**

                                        By: */s/ Tara LeDay*
                                            Tara LeDay (TX 24106701)
                                            P. O. Box 1269
                                            Round Rock, TX 78680
                                            Telephone:  (512) 323-3200
                                            Fax: (512) 323-3205
                                            Email: tleday@mvbalaw.com

                                        *Attorneys for The County of Brazos, Texas*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 4, 2021, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

*/s/ Tara LeDay*
Tara LeDay

Debtor:
Stage Stores, Inc
2425 West Loop South
Houston, TX 77027

Debtor Attorney:
Matthew D Cavenaugh
Jackson Walker LLP
1401 McKinney Street Ste 1900
Houston, TX 77010

U.S. Trustee:
Hector Duran, Jr
U.S. Trustee
515 Rusk Ste 3516
Houston, TX 77002