United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| STAGE STORES, INC., *et al.*,[1] | ) Case No. 20-32564 (CML) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No.: 1226** |

**ORDER APPROVING PLAN ADMINISTRATOR'S SEVENTH MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE UNDER THE CONFIRMED PLAN**

Upon the motion (the "Motion")[2] of Steven Balasiano, in his capacity as Plan Administrator for the chapter 11 estates of Stage Stores, Inc. and Specialty Retailers, Inc. (collectively, the "Debtors"), for entry of an order (this "Order"): (a) extending the Claims Objection Deadline under the Plan and Confirmation Order; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Stage Stores, Inc. (6900) and Specialty Retailers, Inc. (1900).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Claims Objection Deadline pursuant to the Plan and the Confirmation Order is hereby extended to August 12, 2024, without prejudice to any request for a further extension.

2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 17, 2024

Christopher Lopez
United States Bankruptcy Judge