**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| STAGE STORES, *et al.,* | ) | Case No. 20-32564 |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF JOSEPH H. LANGERAK**

Joseph H. Langerak of the law firm of Stoll Keenon Ogden PLLC respectfully moves the Court to withdraw his appearance from representing Creditors, Regency Bedford LLC, Regency Caro LLC, Regency Columbia City LLC, Regency Bucyrus LLC, Regency Oxford II LLC, Regency Campbellsville LLC, Regency Hannibal LLC, Regency Jackson Square LLC, Regency Kimball LLC, Regency Mount Vernon LLC, Regency Tell City LLC, Regency Summerville LLC, Regency DeRidder LLC, Regency Seymour LLC, Regency Madison LLC, Regency Prairie Du Chien LLC, Regency Southwind LLC, Regency Cut Off LLC, Regency Princeton LLC, Regency Elkins LLC, Regency Seymour LLC, Regency Commercial Associates LLC, and Regency Northern Indiana LLC. Timothy R. Wiseman of the law firm of Stoll Keenon Ogden PLLC will continue to represent the aforementioned Creditors.

**WHEREFORE**, Joseph H. Langerak of the law firm Stoll Keenon Ogden PLLC respectfully requests that the Court enter an Order withdrawing his appearance from the above captioned cause, from representation of the aforementioned Creditors, and that he be removed from the mailing list for both U.S. Mail and electronic mail.

Dated:  February 2, 2024          Respectfully Submitted,

By:   */s/ Joseph H. Langerak*
Joseph H. Langerak IV 25668-82
STOLL KEENON OGDEN PLLC
One Main Street, Suite 201

Evansville, Indiana 47708  
(812) 425-1591  
(812) 421-4936 (Facsimile)  
Joe.langerak@skofirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 2, 2024, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph H. Langerak

*4889-5711-0945.1*