United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**STAGE STORES, INC.,** *et al.*[1]<br><br>DEBTORS. | Chapter 11<br><br>Case No. 20-32564<br><br>Jointly Administered |

**ORDER REQUIRING ANY PARTY-IN-INTEREST WHO ASSERTS STANDING OR INDISPENSABLE PARTY STATUS TO FILE A NOTICE STATING A BASIS FOR INDISPENSABLE PARTY STATUS OR STANDING IN CONNECTION WITH JACKSON WALKER LLP FEE MATTERS**
[Relates to Dkt. No. 1222]

This Order relates to claims that Jackson Walker LLP should return to this bankruptcy estate all or part of the compensation that it was previously awarded in this case. An amended motion has been filed by the United States Trustee seeking that relief. The Court orders:

1. Any party-in-interest claiming to be an indispensable party pursuant to Fed. R. Bankr. P. 7019 or otherwise claiming to have standing to seek that Jackson Walker LLP return compensation to this bankruptcy estate must file a notice (the "Notice") with the Court asserting the basis for such indispensable party status or standing no later than April 15, 2024, at 5:00 p.m. (prevailing Central Time).

2. Jackson Walker LLP and the United States Trustee may each file a brief no later than May 3, 2024, at 5:00 p.m. (prevailing Central Time) identifying any person or entity that they allege to be an indispensable party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Stage Stores, Inc. (6900) and Specialty Retailers, Inc. (1900). The Debtors' service address is: 2425 West Loop South, Houston, Texas 77027.

3.      Because a plan has already been confirmed, the terms of the confirmed plan will control whether a party-in-interest has standing or is indispensable.  *Failure to file a Notice will NOT preclude a party-in-interest from receiving distributions under the confirmed plan.  A party-in-interest does not need to take any further action to preserve the rights granted under the confirmed plan.*  Failure to timely file the Notice as required by paragraph 1 may, and probably will, bar any party-in-interest from later asserting standing or indispensable party status in this litigation.

4.      The Court will conduct a hearing on May 13, 2024, at 10 a.m. (prevailing Central Time) to determine who has standing or status as an indispensable party in this proceeding with respect to recoveries from Jackson Walker LLP to this bankruptcy estate.  Any party who files a Notice should appear and be prepared to argue the merits of the Notice.

5.      The Clerk is directed to serve this Order on all parties-in interest. The United States Trustee and Jackson Walker LLP must serve a copy of this Order on any additional person or entity who they reasonably believe might have standing or indispensable party status.

Signed:  March 26, 2024

_____
Christopher Lopez
United States Bankruptcy Judge